UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

Debora A. Schmidt, Plaintiff        Civil Action No. 09-3008 (PGS)
v.
Mars, Inc., Defendant
---                                 Amendments to Pretrial Scheduling Order

During a settlement conference held on May 6, 2010, the following amendments were made to the scheduling order previously in place.

May 14, 2010 is the last day for both parties to raise any objections regarding written discovery. The parties are to meet and confer on this issue.

July 14, 2010 is the end-date for discovery.

August 13, 2010—Affirmative [JES] ~~plaintiff's~~ expert reports due.

Sept. 24, 2010—[JES] ~~defendant's~~ responsive expert reports.

August 13, 2010—defendant's opening submission on dispositive motions

August 27, 2010—plaintiff's responsive papers

Sept. 3, 2010—defendant's reply papers.

Sept. 27, 2010, 11 AM—conference call with the court.

To be scheduled—Final in person settlement conference

So Ordered:
Esther Salas
5/11/10